### ORDER

PER CURIAM:

Erwin Jones appeals from the judgment of the circuit court affirming the decision of the Kansas City Board of Police Commissioners revoking Jones' commission to work as a private security officer. Jones contends that, under § 561.016 RSMo 1994, the Board was required to consider his application for a commission, even though he had several prior convictions of serious felonies. We affirm. Rule 84.16(b).

24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the circuit court is not clearly erroneous. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the circuit court's order pursuant to Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Sandra IDLEBIRD, Appellant.**

**No. WD 49259.**

Missouri Court of Appeals,
Western District.

March 21, 1995.

As Modified May 2, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1995.

**Christopher BARBER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 66597.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 14, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 12, 1995.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Appellant, Christopher Barber, appeals from an order entered in the Circuit Court of the County of St. Louis denying his Rule

